IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10MJ199-DSC

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 3223 SHAMROCK DR., APT. B, CHARLOTTE, MECKLENBURG COUNTY, NORTH CAROLINA | ORDER |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavits and Attachments for the above-captioned search warrants in this matter, which were previously sealed by the Court, be unsealed,

**IT IS HEREBY ORDERED** that the referenced documents be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: December 9, 2010

David S. Cayer
United States Magistrate Judge